**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 96-40096
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JOEL SEPULVEDA-BARRERA,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-95-CR-117-1
- - - - - - - - - -

April 16, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Joel Sepulveda-Barrera appeals his conviction for conspiracy to possess with intent to distribute marijuana; possession with intent to distribute marijuana; and distribution of marijuana, in violation of 18 U.S.C. § 2; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.

Sepulveda argues that the evidence was insufficient to support his conviction. We have reviewed the record and the briefs of the parties and hold that the evidence was sufficient for a reasonable

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jury to find Sepulveda guilty of the offenses beyond a reasonable doubt.  See United States v. Restrepo, 994 F.2d 173, 182 (5th Cir. 1993).  We also reject Sepulveda's prosecutorial-misconduct claim. See Faulder v. Johnson, 81 F.3d 515, 519 (5th Cir. 1996); United States v. Rodriquez, 43 F.3d 117, 124 (5th Cir. 1995).

AFFIRMED.